UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN OZBOURNE, peronally known
as OZZY OSBOURNE,

                     Plaintiff(s),

                                                                         09 civ 4947 (JGK)

      -against-

                                                                          **ORDER**

ANTHONY IOMMI,

                     Defendant(s),
-----------------------------------------------------------------X

       A motion to dismiss was filed on July 22, 2009

       The plaintiff shall serve and file papers in response to the motion by **August 17, 2009.**

       The defendant shall serve and file any reply papers by **August 31, 2009.**

       The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                                                         JOHN G. KOELTL
                                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 27, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/09