

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-10
```

Howard J. Shire
Direct 212.908.6205
hshire@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

July 9, 2010

<u>VIA FACSIMILE (212) 805-7912</u>

Honorable John G. Koeltl
United States District Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>John Osbourne v. Anthony Iommi, 09 Civ. 04947 (JGK)</u>

Dear Judge Koeltl:

    We represent plaintiff John "Ozzy" Osbourne in the above action. This letter has been approved by counsel for defendant, Anthony Iommi.

    Both parties have considered Your Honor's offer to refer this case to a magistrate judge for settlement purposes. However, the parties are now close to finalizing a settlement agreement in this matter. For this reason, the parties agree that there is no need to refer this case to a magistrate judge for settlement purposes.

    For this same reason, there is no need to refer this case to a magistrate judge for purposes of trial.

    In the unlikely event that their settlement is not successfully concluded, the parties will so notify the Court.

Respectfully yours,

*Howard J. Shire*
Howard J. Shire

cc: Joseph V. DeMarco, Esq.
    (via facsimile)

*The parties should advise the Court of the status of this case no later than July 29, 2010. SO Ordered.*
*7/10/10*
*JG Koeltl U.S.D.J.*

NY01 1976174 v1

New York   Washington, DC   Silicon Valley   www.kenyon.com

TOTAL P.02